# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                               **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                    **GREENBELT, MARYLAND 20770**
                                                                                                       **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:      Judge Roger W. Titus

RE:          *Int'l Union, Security, Police & Fire Professionals of Am. et al. v. Smith et al.*
                   Civil No. RWT-09-3129

DATE:      November 29, 2011

                                         * * * * * * * * *

         Due to a change in the Court's schedule, the telephone status conference currently scheduled for December 2, 2011 at 12:00 p.m. will be **RESCHEDULED** for **December 2, 2011 at 10:30 a.m.** The telephone call will be initiated by counsel for the Plaintiff.

         Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.


                                                                 _____/s/_____
                                                                 Roger W. Titus
                                                                 United States District Judge